IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00144-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

LINDSEY ASSELIN,

     Petitioner,

v.

[NO NAMED RESPONDENT],

     Respondent.

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

     On January 19, 2016, Petitioner, Lindsey Asselin, submitted to the Court a "Brief in Support of Habeas Corpus 28 U.S.C. § 2241" (ECF No. 1), along with a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" (ECF No. 2).   It appears that Petitioner intends to file a habeas corpus action pursuant to 28 U.S.C. § 2241.

     As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filings are deficient as described in this Order.   Petitioner will be directed to cure the following if she wishes to pursue any claims in this Court in this action. Any papers that Petitioner files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   _X_    **is not on court approved form**
(2)   ___    is missing affidavit

(3) __X__        **is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing**
(4) ___        is missing certificate showing current balance in prison account
(5) ___        is missing required financial information
(6) ___        is missing authorization to calculate and disburse filing fee payments
(7) ___        is missing an original signature by the prisoner
(8) ___        is not on proper form
(9) ___        names in caption do not match names in caption of complaint, petition or habeas application
(10) __X__      other: Petitioner may pay the $5.00 filing fee instead of filing a § 1915 motion and affidavit on the court-approved form.

**Complaint, Petition or Application**:
(11) ___       is not submitted
(12) __X__      **is not on proper form**
(13) ___       is missing an original signature by the prisoner
(14) ___       is missing page nos. ____
(15) ___       uses et al. instead of listing all parties in caption
(16) ___       names in caption do not match names in text
(17) ___       addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __X__      other:  **The proper Respondent in a habeas action is the Petitioner's current custodian**.

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Petitioner files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that the Clerk of the Court shall mail to Petitioner a copy of the court-approved forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241and a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action.  Petitioner is advised that the forms are also available on the court's website, at www.cod.uscourts.gov.  Petitioner must use the Court-approved forms when curing the deficiencies.  It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies

**within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 21, 2016, at Denver, Colorado.

BY THE COURT:

   s/ Gordon P. Gallagher
United States Magistrate Judge